IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

NICHOLAS ANTHONY CROOKS, :
: 1:18-cv-0047
      Petitioner, :
: Hon. John E. Jones III
v. :
:
CRAIG A. LOWE, :
      Respondent. :

# ORDER

**December 19, 2018**

NOW THEREFORE, upon consideration of the petition for writ of habeas corpus (Doc. 1) pursuant to 28 U.S.C. § 2241, and for the reasons set forth in the Court's Memorandum of the same date, it is hereby ORDERED that:

1. The petition is DENIED without prejudice.

2. The Clerk of Court is directed to CLOSE this case.

                                        s/ John E. Jones III
                                        John E. Jones III
                                        United States District Judge